UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**CHARLES TALBERT,** :

    Petitioner : CIVIL ACTION NO. 3:23-1544

    v. : (JUDGE MANNION)

     :

**JOSH SHAPIRO, et al.,**

     :

    Respondents

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania, due to this Court's lack of jurisdiction over the matter. See 28 U.S.C. §1404(a); 28 U.S.C. §1406(a).

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 1, 2023**
23-1544-01-Order